IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ENERGY & ENVIRONMENT LEGAL INSTITUTE,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,  )<br>)<br>Defendant.  ) | Civil Action No. 16-0915 (TSC) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR RELIEF PENDING REVIEW**

Defendant United States Environmental Protection Agency ("EPA") hereby opposes Plaintiff Energy & Environment Legal Institute's Application for Temporary Restraining Order and Motion for Relief Pending Review (ECF. No. 5) (hereinafter "Plaintiff's Application"). Although the Government understands that Plaintiff has indicated its intent to withdraw its Application and move for it to be converted to a preliminary injunction motion, Plaintiff has not yet done so. The Government therefore submits this brief response to Plaintiff's Application, which is clearly moot.

On May 13, 2016, Plaintiff filed this lawsuit, pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 704, and the Federal Advisory Committee Act ("FACA"), 5 U.S.C., Appendix 2, challenging EPA's November 17, 2015, appointment of 26 individuals to the Clean Air Scientific Advisory Committee's Particulate Matter Review Panel ("CASAC PM Review Panel"). *See* Compl. ¶¶ 1-2; Pl's Application at 1. On May 23, 2016, Plaintiff submitted an application for a temporary restraining order seeking to enjoin the CASAC PM Review Panel from holding its initial meeting on May 23, 2016; a meeting that had been noticed in the Federal Register over two months ago, on

March 14, 2016.  *See* 81 Fed. Reg. 13362, 13362 (Mar. 14, 2016).  The CASAC PM Review Panel meeting took place, as scheduled, the afternoon of May 23, 2016.  Plaintiff's Application, therefore, is moot.

The Government also believes that a motion for preliminary injunction would be meritless.  For one thing, although undersigned counsel just received Plaintiff's filings within the last day, those filings raise multiple potential questions about this Court's subject matter jurisdiction, including whether Plaintiff has standing to bring this action.  *See, e.g.*, *R.J. Reynolds Tobacco Co. v. United States Food & Drug Admin.*, 810 F.3d 827 (D.C. Cir. 2016).  Plaintiff also waited two months from the date of the Federal Register Notice, if not six months from the date EPA announced the members of the committee that Plaintiff is challenging, before seeking relief from the Court.  The Government therefore respectfully requests that the Court hold a status conference to discuss a briefing schedule on any motion for preliminary injunction that Plaintiff may file.

Dated: May 24, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
BRAD P. ROSENBERG (DC Bar No. 467513)
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C.  20530
Tel. (202) 353-4519 / Fax (202) 616-8470
Kristina.Wolfe@usdoj.gov

*Attorneys for the United States*

## **CERTIFICATE OF SERVICE**

I certify that on May 24, 2016, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
BRAD P. ROSENBERG (DC Bar No. 467513)
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C.  20530
Tel. (202) 353-4519 / Fax (202) 616-8470
Kristina.Wolfe@usdoj.gov

*Attorneys for the United States*